## Radcliffe O. Woolford, Appellee, v. Perfection Motors, Incorporated, Appellant.

**Gen. No. 47,053.** 

First District, Second Division.

May 21, 1957.

Released for publication June 18, 1957.

 Carl L. Steiner, and Edward G. Bazelon (Axelrod, Goodman and Steiner, of counsel) for defendant-appellant; Fitzgerald, Petrucelli & Simon and P. J. Muldowney (Patrick J. Muldowney, of counsel) for appellee. Opinion by JUDGE McCORMICK. **Not to be published in full.**